IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK JOHNSON,<br>          Plaintiff,<br><br>          v.<br><br>CITY OF READING, *et al.*,<br>          Defendants. | :<br>:<br>:<br>:    Civil No. 5:21-cv-04860-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 12th day of December, 2025, upon consideration of the Motion for Summary Judgment filed on behalf of the City of Reading, Angel Cabrera, and Eileen Cardile, as Personal Representative of the Estate of Bruce Dietrich (ECF No. 119), Defendants' Statement of Facts (ECF No. 120), Plaintiff's Partial Motion for Summary Judgment (ECF No. 121), Plaintiff's Statement of Facts (ECF No. 122), the Motion for Summary Judgment filed on behalf of the County of Berks and Edward D. Ratajack, Executor of the Estate of Joseph Stajkowski (ECF No. 123), Defendants' Statement of Facts (ECF No. 124), Defendants' Supplemental Joint Appendix (ECF No. 126), Response in Opposition to Plaintiff's Partial Motion for Summary Judgment filed on behalf of the County of Berks and Edward D. Ratajack, Executor of the Estate of Joseph Stajkowski (ECF No. 127), Defendants' Statement in Response to Plaintiff's Statement of Undisputed Material Facts (ECF No. 128), Defendants' Supplemental Joint Appendix (ECF No. 129), Defendants' Statement in Response to Plaintiff's Statement of Undisputed Material Facts (ECF No. 130), Response in Opposition to Plaintiff's Partial Motion for Summary Judgment filed on behalf of the City of Reading, Angel Cabrera, and Eileen Cardile, as Personal Representative of the Estate of Bruce Dietrich (ECF No. 131), Plaintiff's Statement in Opposition to the Defendants' Undisputed Facts (ECF No. 133), Plaintiff's Response in Opposition to Defendants'

Motion for Summary Judgment (ECF No. 134), Plaintiff's Statement in Opposition to Defendants' Undisputed Facts (ECF No. 135), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 136), Defendants' Reply Brief in Support of Their Motion for Summary Judgment (ECF No. 141), Reply filed on behalf of the City of Reading, Angel Cabrera, and Eileen Cardile, as Personal Representative of the Estate of Bruce Dietrich (ECF No. 143), Reply filed on behalf of the County of Berks and Edward D. Ratajack, Executor of the Estate of Joseph Stajkowski (ECF No. 145), Plaintiff's Reply in Support as to Count I (ECF No. 148), Plaintiff's Reply in Support as to Count II (ECF No. 149), Plaintiff's Supplemental Memorandum of Law in Opposition (ECF No. 169), Plaintiff's Supplemental Joint Appendix (ECF No. 170), Reply Brief filed on behalf of the County of Berks (ECF N0. 171), and Reply Brief filed on behalf of the City of Reading, Angel Cabrera, and Eileen Cardile, as Personal Representative of the Estate of Bruce Dietrich (ECF No. 172), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Partial Motion for Summary Judgment (ECF No. 121) is **DENIED**.

2. The Motion for Summary Judgment filed on behalf of the City of Reading, Angel Cabrera, and Eileen Cardile, as Personal Representative of the Estate of Bruce Dietrich (ECF No. 119) is **GRANTED**.

3. The Motion for Summary Judgment filed on behalf of the County of Berks and Edward D. Ratajack, Executor of the Estate of Joseph Stajkowski (ECF No. 123) is **GRANTED**.

4. All claims asserted in this action are **DISMISSED WITH PREJUDICE**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge